IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYRAN PARKER, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 11-6558 |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of November, 2012, upon consideration of the Plaintiff's Brief Statement of Issues in Support of his Request for Review (Doc. No. 9), Defendant's Response to the Request for Review (Doc. No. 11), and Plaintiff's Reply thereto (Doc. No. 12), and after careful review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 14), to which no objections were filed pursuant to Local Rule of Civil Procedure 72.1.IV, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Judgment will be entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only, and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation;

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
**GENE E.K. PRATTER**
**United States District Judge**